UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HOMESITE INSURANCE COMPANY OF THE MIDWEST, a North Dakota corporation,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ASCOLESE, a Washington resident, EMILY ASCOLESE, a Washington resident, PAUL DRINKWINE, a Washington resident, and WILLIAM REED, a Washington resident,<br><br>Defendants. | NO. 2:17-cv-01323-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEADLINES ON ORDER SETTING TRIAL DATE AND RELATED DATES |

This matter comes before the Court on the parties' stipulation to extend deadlines in the Court's Order Setting Trial Date and Related Dates (Dkt. #15) by 60 days. Dkt. #25. The parties request extension of certain deadlines based on settlement negotiations and the upcoming trial date in the underlying action. *Id.* Based on the parties' stipulation, the Court hereby ORDERS that the deadlines set forth in Dkt. #15 will be extended by 60 days. Because the extension of these deadlines alone would not permit the Court to resolve any dispositive motion before trial, and based on the above information, the Court also ORDERS that the trial date be continued 60 days. The clerk is directed to issue a revised case scheduling order consistent with the above.

1

2  DATED this 18th day of July, 2018.

3

4

5  _____
   RICARDO S. MARTINEZ
6  CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF
TIME FOR DEADLINES ON ORDER SETTING TRIAL DATE AND
RELATED DATES - 2

6539922.1